**FILED**

11/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0272

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No.
## DA 21-272

_____

COREY ALAN RUBIN and DON HAUTH,

        Plaintiffs/Appellees,

-vs-

BRENT E. HUGHES and GRACE HUGHES, husband and wife,

        Defendants/Appellants.

_____

On Appeal from the Montana Eleventh Judicial District
Flathead County Cause No. DV-20-354C, Hon. Heidi J. Ulbricht

_____

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE BRIEF

_____

The Court being in receipt of Appellees' unopposed Motion for Extension of Time to File Response Brief, and good cause appearing, NOW THEREFORE,

IT IS HEREBY ORDERED that Appellees shall have up to and including December 29, 2021, in which to file their Response Brief.

DATED and electronically signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 29 2021